## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**WESLEY XAVIER BROWN,**

     **Plaintiff,**

**v.**                                                   **No. 13-cv-0549 MCA/SMV**

**CUDD PUMPING SERVS., INC.,**

     **Defendant.**

## ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:         July 23, 2014, at 1:30 p.m.

**Matter to be heard**:  Plaintiff's Opposed Motion to Compel [Doc. 46].

     **IT IS ORDERED** that a telephonic hearing on the pending discovery motion [Doc. 46] is hereby set for **July 23, 2014, at 1:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

     **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.